May Term,

**1860.**

QUINN
v.
THE STATE.

</div>

---

## QUINN *v.* THE STATE.

The code has not changed the common-law rule, that the state cannot be allowed to impeach its own witness in a criminal proceeding.

It is error to permit the jury trying a criminal cause, to disperse among the people during an adjournment pending the trial, without the consent and over the objection of the defendant.

APPEAL from the *Marion* Circuit Court.

PERKINS, J.—*Patrick Quinn* was indicted and convicted of murder in the second degree.

<div align="right">

*Thursday,*
*August* 23.

</div>

On his trial, a boy (his son), seven years old, was examined as a witness. The Court examined him, and were satisfied of his competency. Nothing appears showing the ruling incorrect.

The boy was a witness for the state, and the state was permitted to impeach him by contradicting his statements. This is allowed in civil cases. 2 R. S. p. 83, § 244. But we have found no provision in the criminal code changing the common-law rule; and it has been decided that the provisions of the civil code do not, as matter of course,

.May Term,   govern in criminal practice.  *Miller* v. *The State*, 8 Ind.
1860.    R. 325, on p. 328.  At common law, such a practice is not
HAYWORTH   tolerated.  *Thompson* v. *Blanchard*, 4 Comst. (N. Y.), 303.
v.
THE STATE.    The Court permitted the jury trying the cause to sepa-
rate, and disperse themselves among the people during the
adjournment of the Court, pending the trial, against the
consent, and over the objection and exception of the de-
fendant.   We think this was error.   The Court may per-
mit such separation with, but not against the consent
of the defendant.   See *Mc Corkle* v. *The State*, at the last
term (1).

   *Per Curiam.*—The judgment is reversed, cause remand-
ed for a new trial, and the clerk is instructed to notify the
warden of the penitentiary accordingly.

   *T. D.* and *R. L. Walpole* and *S. A. Colley*, for the ap-
pellant.

   *J. E. McDonald*, Attorney General, for the state.


   (1) *Ante*, 39.